UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Newark Vicinage)

Ivanhoe Laugier
131 West Bridge Street
New Hope, PA 18938

        Plaintiff,

    v.

Brick City Motors, Inc., et al.
346 Broadway Avenue
Newark, NJ 07104

        Defendants.

No.: 13-413 (WHW)

Jury of Trial Demanded

## CONSENT ORDER

AND NOW this __27th__ day of __March__, 2013, it is hereby STIPULATED and AGREED, by and between pertinent parties, by and through their undersigned counsel, that Defendant, Brick City Motors, Inc., time to respond or otherwise plead to Plaintiff's Complaint is enlarged thirty (30) days from ~~the date of entry of the below Order~~ March 27, 2013.

WEISBERG LAW, P.C.

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff

Michael Aquino, Esquire
Attorney for Defendant
Brick City Motors, Inc.

AND IT IS SO ORDERED.

Cathy L. Waldor, U.S.M.J.